53 A.3d 1229

IN THE MATTER OF HOWARD S. DIAMOND, AN ATTORNEY AT LAW (ATTORNEY NO. 038031985).

October 24, 2012.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **HOWARD S. DIAMOND** of **MENDHAM,** who was admitted to the bar of this State in 1985, and who was suspended from the practice of law for a period of one year effective November 1, 2005, by Order of this Court filed October 7, 2005, be restored to the practice of law, effective immediately; and it is further

ORDERED that **HOWARD S. DIAMOND** shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics until the further Order of the Court.